JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS BENITO MAESTAS, | Case No. EDCV 16-1643-FMO (KES) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO COUNTY SHERIFF'S DEPT., ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: December 22, 2016

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE